**Opinion issued March 26, 2026**



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――

## NO. 01-23-00801-CV

―――――――――――

**DAKESHA DANYELL ROBINSON, Appellant**

**V.**

**RANDALL WAYNE KELLEY, Appellee**

---

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 75051-F**

---

## MEMORANDUM OPINION

This is an appeal from the trial court's July 19, 2023 Order in Suit to Modify Parent-Child Relationship. Appellant's counsel has filed a letter stating that the parties had entered into an Agreed Order in Suit to Modify the Parent-Child Relationship on March 7, 2024 and that there was no longer a need to pursue the

appeal. Appellee has not opposed this letter. Because counsel asserts that appellant no longer wishes to pursue her appeal, we construe this letter as a motion to dismiss the appeal.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.